# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No.: 17-cv-21603

**ADRIA MM PRODUCTIONS, LTD**,
a Croatian Company,

        Plaintiff,

v.

**WORLDWIDE ENTERTAINMENT GROUP,
INC.**, a Florida Corporation,

        Defendant.
_____/

**WORLDWIDE ENTERTAINMENT GROUP,
INC.**, a Florida corporation,

        Counterclaim-Plaintiff,

v.

**ADRIA MM PRODUCTIONS**, **LTD.**, a
Croatian entity,

        Counterclaim-Defendant.
_____/

## MOTION TO APPROVE SUPERSEDEAS BOND, FOR STAY OF EXECUTION, AND TO DISSOLVE WRIT OF GARNISHMENT

Defendant, Worldwide Entertainment Group, Inc. ("Worldwide Entertainment"), moves the Court to approve the *supersedeas* bond attached hereto as **Exhibit A**, order a stay of execution on the Final Judgment entered on September 24, 2018 [ECF No. 190], awarding $866,000 plus post-judgment interest in favor of Adria MM Productions, Ltd. and against Worldwide Entertainment, pending final disposition of Worldwide Entertainment's appeal, and dissolve the writ of garnishment further described herein, and in support states:

1.      On September 24, 2018, the Court entered final judgment in the amount of $866,000 in favor of Adria MM Productions, Ltd. and against Worldwide Entertainment. ECF No. 190.

2.      On March 19, 2019, Worldwide Entertainment filed a Notice of Appeal of, *inter alia*, the Final Judgment.

3.      Pursuant to Federal Rule of Civil Procedure 62(d), Defendants are entitled to an automatic stay of execution pending their appeal once Defendants post a supersedeas bond. Rule 62(d) states: "[w]hen an appeal is taken the appellant by giving a supersedeas bond may obtain a stay subject to the exceptions contained in subdivision (a) of this rule. The bond may be given at or after the time of filing the notice of appeal or of procuring the order allowing the appeal, as the case may be. The stay is effective when the *supersedeas* bond is approved by the court."

4.      Pursuant to Local Rule 62.1, "[a] *supersedeas* bond … staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interest, costs, and any award of damages for delay.  Upon its own motion or upon application of a party the Court may direct otherwise."

5.      The attached *supersedeas* bond is in the amount of $963,600.  This amount is comprised of the original judgment – $866,000, plus 10% of the amount to "provide security for interest, costs and any award of damages for delay" plus other amounts described below. S.D. Fla. L. R. 62.1.  *See* **Exhibit A**. This amount, therefore, is sufficient to entitle Worldwide Entertainment to an automatic stay during the pendency of its appeal.

6.      The above amount of $963,600 also includes the $10,000 in attorneys' fees awarded to AMM (ECF No. 230) for which a judgment has not yet been entered – plus an additional 10%.

This award is encompassed by Worldwide Entertainment's appeal, and any execution on this amount should be stayed as well.

7.  AMM has also served a writ of garnishment as to Citibank, Worldwide Entertainment's bank.

8.  Based upon the foregoing, the writ of garnishment referenced above should be dissolved based upon the stay.

WHEREFORE, Defendants respectfully request that this Court (1) approve the *supersedeas* bond attached hereto, (2) stay execution on the Final Judgment (ECF 190) and the fee award (ECF 230), (3) dissolve the writ of garnishment served upon Citibank, and (4) grant any further relief as the Court deems proper.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), Counsel for Worldwide Entertainment attempted to confer with Counsel for Adria MM Productions, LTD., but as of the time of this filing, Adria MM Productions, LTD. has not stated a position concerning the relief sought in this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via email upon all counsel of record on this 19th day of March, 2019.

        s/Peter F. Valori
        Peter F. Valori
        Florida Bar No. 043516
        Russell Landy
        Florida Bar No. 0044417
        **DAMIAN & VALORI LLP**
        *Counsel for Defendants*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131

        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

**SERVICE LIST**

Peter F. Valori
pvalori@dvllp.com
Russell Landy
rlandy@dvllp.com
Amanda L. Fernandez
afernandez@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Tel. (305) 371-3960
Fax (305) 371-3965

Javier Lopez
jal@kttlaw.com
Gail A. McQuilkin
gam@kttlaw.com
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Tel. (305) 372-1800
Fax (305) 372-3508

Yano Rubinstein
yano@rublaw.com
Phillip Seltzer
phil@rublaw.com
Rubenstein Law
660 4th Street, #302
San Francisco, CA 94107
Tel. (415) 967-1969
Fax (415) 236-6409